IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THOMAS E. AKERS, JR.**                                                                                       PLAINTIFFS

v.                                    CASE NO. 4:20-CV-00301-BSM

**FAISAL OMER, and**                                                                                        DEFENDANTS
**CEVA GROUND U.S., L.P.**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE